STEVEN B. BITTER (SBN: 156911)
MATTHEW S. FOY (SBN: 187238)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiffs
TRUCK INSURANCE EXCHANGE and
MID-CENTURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE and MID-CENTURY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PEERLESS INDUSTRIES, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV 08 5356 JCS<br><br>**STIPULATED ORDER GRANTING TRUCK INSURANCE EXCHANGE AND MID-CENTURY INSURANCE COMPANY'S MOTION TO REMAND**<br><br>Date: February 13, 2009<br>Time: 9:30 a.m.<br>Dept.: Courtroom A, 15th Floor<br>Judge: Magistrate Judge Joseph C. Spero |

Plaintiffs TRUCK INSURANCE EXCHANGE and MID-CENTURY INSURANCE COMPANY (collectively, "Plaintiffs") filed a motion to remand Plaintiffs' complaint to the San Francisco Superior Court for lack of subject matter jurisdiction. In response, Defendant PEERLESS INDUSTRIES, INC. ("Defendant") filed a statement of non-opposition indicating that it does not oppose Plaintiffs' motion. The Parties, therefore, hereby stipulate the matter be remanded without prejudice to the San Francisco Superior Court.

\\\

\\\

\\\

\\\

| | | |
|---|---|---|
| 1 | Dated: January 28, 2009 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: *Matthew Foy (ga)* |
| | | MATTHEW S. FOY |
| 4 | | Attorneys for Plaintiffs |
| | | TRUCK INSURANCE EXCHANGE and |
| 5 | | MID-CENTURY INSURANCE COMPANY |
| 6 | Dated: January 28, 2009 | BURNHAM BROWN |

By: _____
ROHIT A. SABNIS
Attorneys for Defendant PEERLESS INDUSTRIES, INC.

IT IS HEREBY ORDERED that this matter is remanded without prejudice to the Superior Court of the State of California, County of San Francisco.

IT IS SO ORDERED.

DATED: January 29, 2009

_____
Joseph C. Spero
Magistrate Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

FAR/1050111/6277187v.1

- 2 -  Case No. CV 08 3536 JCS
STIPULATED ORDER GRANTING TRUCK INSURANCE EXCHANGE AND MID-CENTURY INSURANCE COMPANY'S MOTION TO REMAND